

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00415-CV

| | | |
|---|---|---|
| LAKXN INCOME, INC., Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-315146-20) |
| V. | § | July 22, 2021 |
| TLC HOSPITALITY, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that LAKXN Income, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell